UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURITA SULLIVAN AND CARLOS BRYANT, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>SLEEPY'S LLC; MATTRESS FIRM, INC.,<br><br>      Defendants. | C.A. No. 17-cv-12009-RGS |

## JOINT STATUS REPORT

Plaintiffs Laurita Sullivan and Carlos Bryant ("Plaintiffs") and Defendants Sleepy's LLC and Mattress Firm, Inc. ("Defendants"), hereby jointly report on the status of this case. The parties resumed their mediation of this case on June 19, 2019 and reached an agreement to settle the case on a class-wide basis. The defendants have agreed to submit a draft settlement agreement to the plaintiffs by June 26, 2019 and the parties have agreed to file a joint motion for preliminary approval on or before July 31, 2019.

Counsel for the parties are available to appear for a hearing on their joint motion for preliminary approval in August 2019 except that they are not available on the following dates: August 6, 13 and August 23, 2019 to September 4, 2019.

In light of the settlement, the parties request that the Court cancel the joint status conference scheduled for June 25, 2019.

Respectfully submitted,

PLAINTIFFS LAURITA SULLIVAN and
CARLOS BRYANT,
By their attorneys,

*/s/ John Regan*
James Livingstone, Esq.
John Regan, Esq.
Employee Rights Group, LLC
185 Devonshire Street, Suite 200
Boston, MA 02110
jay@maemployeerights.com
jregan@maemployeerights.com


DEFENDANTS SLEEPY'S LLC and MATTRESS
FIRM, INC.,
By their attorneys,

*/s/ Diane M. Saunders*
Diane M. Saunders, BBO #562872
OGLETREE, DEAKINS, NASH, SMOAK
 & STEWART, P.C.
One Boston Place, Suite 3500
Boston, MA 02108
Tel. (617) 994-5700
Fax (617) 994-5701
diane.saunders@ogletree.com

Dated:  June 21, 2019

.1