UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURITA SULLIVAN and CARLOS BRYANT, )<br>on behalf of themselves and all others )<br>similarly situated; )<br>   )<br>          Plaintiffs, )<br>   )<br>v.   )<br>   )<br>SLEEPY'S LLC; )<br>MATTRESS FIRM, INC.; )<br>   )<br>          Defendants. ) | C.A. No.  1:17-cv-12009 |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AGREEMENT, DIRECTING NOTICE TO THE CLASS, AND SCHEDULING FAIRNESS HEARING**

The action was brought by the Plaintiffs Laurita Sullivan and Carlos Bryant (the "Plaintiffs" or "Named Plaintiffs") against Sleepy's LLC and Mattress Firm, Inc. (collectively "Defendants") on behalf of commissioned salespeople, (collectively, "Class" or "Class Members") who worked for Sleepy's LLC n Massachusetts.  Defendants have denied all wrongdoing and liability to Plaintiffs and the Class Members, and have defended the lawsuit vigorously.

The parties have reached an agreement to settle this action on a class-wide basis (Settlement Agreement attached as Exhibit A).  The proposed settlement is a fair result for the class and will allow the class to avoid the delay and uncertainty of further litigation.

The Plaintiffs and Defendants, for the reasons set forth in their memorandum, respectfully request that this Court grant preliminary approval of the settlement and the proposed Plan of Distribution as fair, reasonable, and adequate, authorize the Administrator to mail the

proposed Notice of settlement and claim form to the class and schedule a Fairness Hearing for a date no earlier than December 14, 2019.

                                              Respectfully submitted,

                                              Plaintiffs

                                              By their attorneys,

                                                   /s/
                                              _____
                                              James D. Livingstone. BBO #640536
                                              John P. Regan, Esq. BBO #684326
                                              Employee Rights Group, LLC
                                              185 Devonshire Street, Suite 200
                                              Boston, MA 02110
                                              T: (857) 277-0902
                                              F. (857) 233-5287
                                              jay@maemployeerights.com
                                              jregan@maemployeerights.com

                                              DEFENDANTS SLEEPY'S LLC and MATTRESS FIRM, INC.,
                                              By their attorneys,

                                              /s/ Diane M. Saunders
                                              Diane M. Saunders, BBO #562872
                                              OGLETREE, DEAKINS, NASH, SMOAK
                                                & STEWART, P.C.
                                              One Boston Place, Suite 3500
                                              Boston, MA 02108
                                              Tel. (617) 994-5700
                                              Fax (617) 994-5701
                                              diane.saunders@ogletree.com

Dated: July 31, 2019

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 31, 2019, I served an original and copy of the foregoing document upon counsel for Defendants via the Court's ECF system.

                /s/
               _____
               John P. Regan

39456259.1